IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HUGH L. WILLIAMS,

    Plaintiff,

vs.                                                          Civ. No. 98-830 JP/WWD

JEWEL OSCO SOUTHWEST, INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court following an *in camera* inspection of a copy of the Loss Prevention Investigative Report dated April 8, 1997, which was prepared by Defendant. Plaintiff had sought to have the unredacted report produced rather than the copy which redacted paragraph 3 of the report. Paragraph 3 deals with discussions between counsel and the Defendant and is protected from disclosure by the attorney-client privilege.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion to Compel an Unredacted Copy of the Loss Prevention Investigative Report Dated April 8, 1997 [29], is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE